# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2157
LT Case No. 2016-CF-001527-C

———————————————

KELVON GRIMMAGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 appeal from the Circuit Court for Marion County.
Robert Hodges, Judge.

Kelvon Grimmage, Live Oak, pro se.

No Appearance for Appellee.


November 17, 2023


PER CURIAM.

    This Court has previously denied Appellant's claims raised in the subject motion on two separate occasions, including on the merits, and affirmed the postconviction court's order denying relief, all stemming from Marion County Circuit Court Case No. 2016-CF-001527-C. Because Appellant's filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting claims stemming from

Marion County Circuit Court Case No. 2016-CF-001527-C, may result in sanctions such as a bar on pro se filings in this Court and a referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2023); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

MAKAR, EISNAUGLE, and MacIVER, JJ., concur.